THE STATE, EX REL. BAILEY, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State, ex rel. Bailey, v. Indus. Comm.* (1991), 62 Ohio St.3d 191.]

(No. 90–1015—Submitted September 10, 1991—Decided December 11, 1991.)

---

*Joseph J. Bush III* and *Louis Schiavoni,* for appellant.

*Lee I. Fisher,* Attorney General, and *Jeffery W. Clark,* for appellee Industrial Commission.

---

*Per Curiam.* We are asked to determine whether a farm using power-driven machinery qualifies as a workshop, factory or construction industry under Ohio Adm.Code Chapters 4121:1–3 and 4121:1–5. We find *sua sponte,* however, that appellant's failure to exhaust his available administrative remedies precludes us from reaching this question.

Under Ohio Adm.Code 4121–3–20(G), a party may seek rehearing of a VSSR decision within thirty days of the order's receipt. The present record contains no evidence of a rehearing request, indicating instead that appellant filed his mandamus petition just fifteen days after the staff hearing officer's order was mailed. Appellant's failure to exhaust his available administrative reme-

dies bars the issuance of a writ of mandamus. See *State, ex rel. Schindel, v. Rowe* (1971), 25 Ohio St.2d 47, 54 O.O.2d 173, 266 N.E.2d 569. Accordingly, the judgment of the court of appeals is affirmed, but for the reasons stated herein.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.